Electronically Filed - Jackson - Kansas City - April 29, 2022 - 03:40 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY**

| | |
|---|---|
| **SHERRY PHELPS** ) | |
|     3100 Quail Creek Drive ) | |
|     Independence, Mo 64055 ) | |
| ) | |
|         Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| **CEDAR BROOK APARTMENTS, LLC** ) | |
| **(d/b/a CEDAR BROOKE APARTMENTS)** ) | Division |
|     Serve: ) | |
|     Sandra K. Lee, Registered Agent ) | |
|     696 N. Lafitte Drive ) | |
|     Bonne Terre, MO 63628 ) | |
| ) | |
|         Defendant. ) | |

## <u>PETITION FOR DAMAGES</u>

Plaintiff Sherry Phelps, by and through the undersigned counsel, and for her claims for relief against Defendant Cedar Brook Apartments, LLC (d/b/a Cedar Brooke Apartments), states, alleges, and avers as follows:

<u>PARTIES</u>

1.    At all relevant times, Plaintiff Sherry Phelps was and is an individual and resident of Independence, Jackson County, Missouri.

2.    At all relevant times, Defendant Cedar Brook Apartments, LLC was and is a Missouri limited liability corporation registered to do business in the State of Missouri that owned and operated an apartment building, and doing business as Cedar Brooke Apartments, located at 3100 Quail Creek Drive, Independence, Jackson County, Missouri ("the Building"). Defendant may be served via its registered agent, Sandra K. Lee, 696 N. Lafitte Drive, Bonne Terre, Missouri 63628.

3.      This Court has personal jurisdiction over Plaintiff and Defendant in this matter pursuant to Section 506.500 of the Missouri Revised Statutes.

4.      This Court has subject matter jurisdiction in this matter.

5.      Venue is proper per Section 508.010 of the Missouri Revised Statutes.

<u>FACTS COMMON TO ALL COUNTS</u>

6.      On December 16, 2019, Plaintiff was a resident of the Building when she was walking in the apartment complex parking lot and slipped on black ice, thereby causing Plaintiff to fall on the pavement and suffer injury (hereinafter "the Incident").

7.      The area in which Plaintiff fell had no warnings or signage posted just prior to her fall.

8.      At all relevant times hereto, the Incident site presented an unsafe condition and was not reasonably safe as a result of one or more of the following: the aforementioned black ice; the lack of warning; or other reasons not known at this time.

9.      Plaintiff was unaware of the unsafe condition before falling at the Incident site.

10.     The unsafe, hazardous condition was not apparent to a reasonable person, so that said condition was neither open, obvious, known, or appreciated by Plaintiff.

11.     The acts and omissions of Defendant were carried out by its agents, servants, and employees acting within the course and scope of their employment with Defendant.

**<u>COUNT I - NEGLIGENCE</u>**

12.     Plaintiff hereby incorporates by reference all preceding allegations of the Petition for Damages as if fully set forth herein.

13.     At all relevant times herein, Defendant was the owner of the Premises and/or maintained possession, control, and/or maintenance of the Premises where the Incident occurred.

14.     Defendant owed a duty to exercise reasonable care to ensure that the Premises were

2

in a reasonably safe and suitable condition for residents, including Plaintiff.

15.     At the time of the Incident, the area where the Incident occurred constituted a dangerous condition.

16.     Defendant knew, or should have known, through the exercise of reasonable care that the condition of the Premises at the date and time of the Incident was unreasonably dangerous.

17.     Alternatively, Defendant negligently created the dangerous condition or so caused it to be created by negligently maintaining the Premises, such that Defendant was deemed to have had actual notice of said dangerous condition.

18.     Defendant breached its duty to Plaintiff when it failed to keep the Premises in a condition that was reasonably safe for Plaintiff and other residents, and further by failing to remedy or warn Plaintiff of said dangerous condition.

19.     As a direct and proximate result of the aforesaid negligence of Defendant, Plaintiff was injured and has suffered and will continue to suffer damages including, but not limited to, those arising from:

a.     Past medical and hospital expenses;

b.     Future medical, hospital and life care expenses;

c.     Past lost wages;

d.     Diminished earning capacity;

e.     Past and future emotional distress;

f.     Pain and suffering;

g.     Mental anguish;

h.     Disfigurement; and

i.     Past and future loss of enjoyment of life.

Electronically Filed - Jackson - Kansas City - April 29, 2022 - 03:40 PM

20.     All of Plaintiff's injuries, disabilities, infirmities, and damages are permanent, painful, and progressive in nature and extent.

WHEREFORE, based on the foregoing, Plaintiff prays for a judgment against Defendant in excess of $25,000, Plaintiff's costs incurred herein and for such other and further relief as the Court deems just and proper.

## DEMAND FOR A JURY TRIAL

Plaintiff hereby demands a trial by jury on all counts and claims in this cause of action.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

*/s/ David L. Johnson*
DAVID L. JOHNSON          #61867
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7501
Fax:    (816) 888-7519
E-mail: dave.johnson@dmlawusa.com
**ATTORNEY FOR PLAINTIFF**

4

Electronically Filed - Jackson - Kansas City - April 29, 2022 - 03:40 PM

### IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
### AT KANSAS CITY

| | |
|---|---|
| **SHERRY PHELPS** | ) |
|     3100 Quail Creek Drive | ) |
|     Independence, Mo 64055 | ) |
| | ) |
|                Plaintiff, | ) |
| | ) |
| v. | )    Case No. |
| | ) |
| **CEDAR BROOK APARTMENTS, LLC** | ) |
| **(d/b/a CEDAR BROOKE APARTMENTS)** | )    Division |
|     Serve: | ) |
|     Sandra K. Lee, Registered Agent | ) |
|     696 N. Lafitte Drive | ) |
|     Bonne Terre, MO 63628 | ) |
| | ) |
|               Defendant. | ) |

### <u>MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER</u>

COMES NOW Plaintiff by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of KC Progressive and Hulver & Associates, LLC:

| | |
|---|---|
| Joseph Powers | PPS22-0207 |
| Lily Powers | PPS22-0208 |
| Deborah Martin | PPS22-0175 |
| Jessica Coffel | PPS22-0131 |
| Michael Martin | PPS22-0176 |
| Michael Imber | PPS22-0162 |
| Michael Puderbaugh | PPS22-0330 |
| Benjamin Cameron | PPS22-0533 |
| Scott Cameron | PPS22-0534 |
| Miles Troxel | PPS22-0234 |
| Marybeth Rice | PPS22-0211 |
| Richard Raymond | PPS22-0209 |
| Tyler Miler | PPS22-0318 |
| McKenna Howe | PPS22-0295 |
| Rufus Harmon | PPS22-0031 |
| Cody Kyser | PPS22-0049 |
| Alisha Allen | PPS22-0001 |

| Greg Hulver | PPS22-0041 |
|---|---|
| Valerie Summer | PPS22-0232 |
| Rick Swank | PPS22-0526 |
| Conni Wilson | PPS22-0107 |
| Scott Wiechmann | PPS22-0362 |
| Michael E. Smith | PPS22-0561 |
| Rufus Harmon | PPS22-0031 |
| James Hise | PP22-0294 |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

/s/ David L. Johnson
DAVID L. JOHNSON        #26685
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7501
Fax:    (816) 888-7519
E-mail: dave.johnson@dmlawusa.com
**ATTORNEYS FOR PLAINTIFF**

### ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is sustained and the above-named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____

_____
Judge or Circuit Clerk

Electronically Filed - Jackson - Kansas City - April 29, 2022 - 03:40 PM

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

| | | |
|---|---|---|
| **SHERRY PHELPS** | ) | |
| 3100 Quail Creek Drive | ) | |
| Independence, Mo 64055 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| **CEDAR BROOK APARTMENTS, LLC** | ) | |
| **(d/b/a CEDAR BROOKE APARTMENTS)** | ) | Division |
| Serve: | ) | |
| Sandra K. Lee, Registered Agent | ) | |
| 696 N. Lafitte Drive | ) | |
| Bonne Terre, MO 63628 | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S DESIGNATION OF LEAD COUNSEL

Plaintiff hereby designates David L. Johnson of the law firm of DiPasquale Moore, LLC as the lead

attorney of record for Plaintiff.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

*/s/ David L. Johnson*
DAVID L. JOHNSON          #61867
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7501, Fax: (816) 888-7519
E-mail: david.johnson@dmlawusa.com
**ATTORNEYS FOR PLAINTIFF**

Electronically Filed - Jackson - Kansas City - April 29, 2022 - 03:40 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**
**AT KANSAS CITY**

| | |
|---|---|
| **SHERRY PHELPS** | ) |
|     3100 Quail Creek Drive | ) |
|     Independence, Mo 64055 | ) |
| | ) |
|                   Plaintiff, | ) |
| | ) |
| v. | )    Case No. |
| | ) |
| **CEDAR BROOK APARTMENTS, LLC** | ) |
| **(d/b/a CEDAR BROOKE APARTMENTS)** | )    Division |
|     Serve: | ) |
|     Sandra K. Lee, Registered Agent | ) |
|     696 N. Lafitte Drive | ) |
|     Bonne Terre, MO 63628 | ) |
| | ) |
|                Defendant. | ) |

**MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

COMES NOW Plaintiff by and through counsel, and pursuant to Local Rule 4.9 of Jackson

County Court Rules, hereby moves for the appointment of KC Progressive and Hulver &

Associates, LLC:

| | |
|---|---|
| Joseph Powers | PPS22-0207 |
| Lily Powers | PPS22-0208 |
| Deborah Martin | PPS22-0175 |
| Jessica Coffel | PPS22-0131 |
| Michael Martin | PPS22-0176 |
| Michael Imber | PPS22-0162 |
| Michael Puderbaugh | PPS22-0330 |
| Benjamin Cameron | PPS22-0533 |
| Scott Cameron | PPS22-0534 |
| Miles Troxel | PPS22-0234 |
| Marybeth Rice | PPS22-0211 |
| Richard Raymond | PPS22-0209 |
| Tyler Miler | PPS22-0318 |
| McKenna Howe | PPS22-0295 |
| Rufus Harmon | PPS22-0031 |
| Cody Kyser | PPS22-0049 |
| Alisha Allen | PPS22-0001 |

| Greg Hulver | PPS22-0041 |
|---|---|
| Valerie Summer | PPS22-0232 |
| Rick Swank | PPS22-0526 |
| Conni Wilson | PPS22-0107 |
| Scott Wiechmann | PPS22-0362 |
| Michael E. Smith | PPS22-0561 |
| Rufus Harmon | PPS22-0031 |
| James Hise | PP22-0294 |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff states

that the above-named individuals are on the Court's list of approved process servers and the

information contained in their applications and affidavits on file is current and still correct.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

/s/ David L. Johnson
DAVID L. JOHNSON        #26685
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7501
Fax:    (816) 888-7519
E-mail: dave.johnson@dmlawusa.com
**ATTORNEYS FOR PLAINTIFF**

## ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER

It is hereby ordered that Plaintiff's Motion for Appointment of Private Process Server is

sustained and the above-named individuals are hereby appointed to serve process in the above

captioned matter.

DATE: _____05-May-2022_____

DEPUTY COURT ADMINISTRATOR

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

**SHERRY PHELPS**,

                    **PLAINTIFF(S),**           **CASE NO.** **2216-CV09707**

**VS.**                                       **DIVISION 4**

**CEDAR BROOK APARTMENTS, LLC**,

                    **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION
_____

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **JUSTINE E DEL MURO** on **09-SEP-2022** in **DIVISION 4** at **09:00 AM**.  All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting.  Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file.  All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2. The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS.  Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

      a.      A trial setting;

      b.      Expert Witness Disclosure Cutoff Date;

      c.      A schedule for the orderly preparation of the case for trial;

      d.      Any issues which require input or action by the Court;

      e.      The status of settlement negotiations.

Case 4:22-cv-00673-WBG   Document 1-1   Filed 10/21/22   Page 10 of 34

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **JUSTINE E DEL MURO**
JUSTINE E DEL MURO**, Circuit Judge**

### Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
DAVID LAWRENCE JOHNSON, 4050 PENNSYLVANIA AVE, SUITE 121, KANSAS CITY, MO 64111

Defendant(s):
 CEDAR BROOK APARTMENTS, LLC

 Dated:  05-MAY-2022                                 MARY A. MARQUEZ
                                                     Court Administrator



| Judge or Division:<br>JUSTINE E DEL MURO | Case Number: 2216-CV09707 |
|---|---|
| Plaintiff/Petitioner:<br>SHERRY PHELPS | Plaintiff's/Petitioner's Attorney/Address<br>DAVID LAWRENCE JOHNSON<br>4050 PENNSYLVANIA AVE<br>SUITE 121<br>KANSAS CITY, MO  64111 |
| Defendant/Respondent:<br> CEDAR BROOK APARTMENTS, LLC<br>DBA:  CEDAR BROOKE APARTMENTS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Pers Injury-Other | |

vs.

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to:** CEDAR BROOK APARTMENTS, LLC
**Alias:**
**DBA:  CEDAR BROOKE APARTMENTS**

**SERVE REGISTERED AGENT:**
**SANDRA K. LEE**
**696 N. LAFITTE DRIVE**
**BONNE TERRE, MO  63628**

## PRIVATE PROCESS SERVER

*COURT SEAL OF*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*JACKSON COUNTY*

05-MAY-2022
        Date

_____
        Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by:  (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

*(Seal)*        **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____        _____
                                        Date                        Notary Public

---

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $     10.00 |
| Mileage | $_____  (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) *For Court Use Only*: Document 1-1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00673-WBG   Document 1-1   Filed 10/21/22   Page 12 of 34

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020

| COURT:<br>**IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI<br>AT KANSAS CITY** | *FOR COURT USE ONLY* |
|---|---|
| PLAINTIFF/PETITIONER:<br>**SHERRY PHELPS** | |
| DEFENDANT/RESPONDENT:<br>**CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE<br>APARTMENTS** | |

| **AFFIDAVIT OF NON-SERVICE** | CASE NUMBER:<br>**2216-CV09707** |
|---|---|

Court Date:     Court Time:
**CEDAR BROOK APARTMENTS, LLC AKA DBA: CEDAR
BROOKE APARTMENTS**

*82821*

I, **Joseph M. Powers**, depose and say that:

On **06/05/2022** at **3:17 PM**, I was unable to serve the within **SUMMONS IN CIVIL CASE; PETITION FOR DAMAGES; MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER ADN ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER** on **CEDAR BROOK APARTMENTS, LLC AKA DBA: CEDAR BROOKE APARTMENTS** at **696 N. LAFITTE DRIVE, BONNE TERRE, MO, 63628** for the reason(s) in the comments below:

Comments: **ADDRESS IS A RESIDENTIAL LOCATION. CURRENT RESIDENTS BOUGHT THE HOUSE LAST YEAR.**

Signed and sworn to before me on
this 5th day of June, 2022.

Abby Powers- Public Notary

ABBY POWERS
Notary Public
Commission
# 16109561
Clay
County
Notary Seal
STATE OF MISSOURI
My Commission Expires 08-08-2024

X_____
**Joseph M. Powers**
816-912-3070
License(s): PPS22-0207
Job#: **82821**

ID# 22-SMCC-3568



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JUSTINE E DEL MURO | Case Number:  2216-CV09707 |
|---|---|
| Plaintiff/Petitioner:<br>SHERRY PHELPS | Plaintiff's/Petitioner's Attorney/Address<br>DAVID LAWRENCE JOHNSON<br>4050 PENNSYLVANIA AVE<br>SUITE 121<br>KANSAS CITY, MO  64111 |
| Defendant/Respondent:<br> CEDAR BROOK APARTMENTS, LLC<br>DBA:  CEDAR BROOKE APARTMENTS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

vs.

## Summons in Civil Case

**The State of Missouri to:** CEDAR BROOK APARTMENTS, LLC
Alias:
DBA:  CEDAR BROOKE APARTMENTS

**SERVE REGISTERED AGENT:**
**SANDRA K. LEE**
**696 N. LAFITTE DRIVE**
**BONNE TERRE, MO  63628**

# PRIVATE PROCESS SERVER

*COURT SEAL OF*

*JACKSON COUNTY*

    You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>05-MAY-2022</u>
Date                                  Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by:  (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____            _____
   Printed Name of Sheriff or Server                          Signature of Sheriff or Server

*(Seal)*        **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____       _____
                            Date                          Notary Public

**Sheriff's Fees**
| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document ID # 22-SMCC-3568    1    of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00673-WBG   Document 1-1   Filed 10/21/22   Page 15 of 34

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

☒ **AT KANSAS CITY**          ☐ **AT INDEPENDENCE**

**SHERRY  PHELPS**

NO. __2216-CV07907__

VS.

**CEDAR BROOK APARTMENTS LLC (dba Cedar Brooke Apartments)**

☒ CIRCUIT JUDGE

☐ ASSOCIATE CIRCUIT JUDGE

☐ SMALL CLAIMS

## MEMORANDUM TO DEPARTMENT OF CIVIL RECORDS
### INSTRUCTIONS FOR ALIAS SUMMONS

☒ **PRIVATE PROCESS**          ☐ **CIVIL PROCESS**

☒ ISSUE ALIAS SUMMONS TO DEFENDANT     **Cedar Brook Apartments, LLC (d/b/a Cedar Brooke Apartments)**

**Sandra K. Lee, Registered Agent**

**1657 Ridgeway Trail, Fenton, MO 63026**

**St. Louis County**
COUNTY OF SERVICE

CASE CONTINUED TO: _____

☐ PREPARE TRANSCRIPT OF JUDGMENT     ☐ AUTHENTICATED  ☐ CERTIFIED  ☐ RECORD AS LIEN
                                     ☐ W/LETTER

## REQUESTED BY

**David L. Johnson #61867**                          */s/ David L. Johnson*

NAME OF ☐ CREDITOR  ☒ ATTORNEY & BAR NO.          SIGNATURE

**4500 Pennsylvania Ave., Ste 121**                  **816-888-7500**

ADDRESS                                              PHONE

**Kansas City, MO 64111**                            **06/10/2022**

CITY          STATE          ZIP                     DATE

## Please Provide Original & Copy

American LegalNet, Inc.
www.USCourtForms.com

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

☒ **AT KANSAS CITY**          ☐ **AT INDEPENDENCE**

**SHERRY  PHELPS**

NO.  **2216-CV07907**

VS.

☒ CIRCUIT JUDGE

**CEDAR BROOK APARTMENTS LLC (dba Cedar Brooke Apartments)**

☐ ASSOCIATE CIRCUIT JUDGE

☐ SMALL CLAIMS

## <u>MEMORANDUM TO DEPARTMENT OF CIVIL RECORDS</u>
### INSTRUCTIONS FOR ALIAS SUMMONS

☒ **PRIVATE PROCESS**          ☐ **CIVIL PROCESS**

☒ ISSUE ALIAS SUMMONS TO DEFENDANT   **Cedar Brook Apartments, LLC (d/b/a Cedar Brooke Apartments)**

**Sandra K. Lee, Registered Agent**

**1657 Ridgeway Trail, Fenton, MO 63026**

**St. Louis County**

COUNTY OF SERVICE

CASE CONTINUED TO: _____

☐ PREPARE TRANSCRIPT OF JUDGMENT

☐ AUTHENTICATED  ☐ CERTIFIED  ☐ RECORD AS LIEN
☐ W/LETTER

## <u>REQUESTED BY</u>

**David L. Johnson #61867**

NAME OF ☐ CREDITOR  ☒ATTORNEY & BAR NO.

**4500 Pennsylvania Ave., Ste 121**

ADDRESS

**Kansas City, MO 64111**

CITY                STATE          ZIP

*/s/ David L. Johnson*

SIGNATURE

**816-888-7500**

PHONE

**06/10/2022**

DATE

## <u>Please Provide Original & Copy</u>

American LegalNet, Inc.
www.USCourtForms.com



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JUSTINE E DEL MURO | Case Number: 2216-CV09707 |
|---|---|
| Plaintiff/Petitioner:<br>SHERRY PHELPS | Plaintiff's/Petitioner's Attorney/Address<br>DAVID LAWRENCE JOHNSON<br>4050 PENNSYLVANIA AVE<br>SUITE 121<br>KANSAS CITY, MO 64111 |
| vs. | |
| Defendant/Respondent:<br> CEDAR BROOK APARTMENTS, LLC<br>DBA: CEDAR BROOKE APARTMENTS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CEDAR BROOK APARTMENTS, LLC
**Alias:**
**DBA: CEDAR BROOKE APARTMENTS**

# PRIVATE PROCESS SERVER

**RA: SANDRA K LEE**
**1657 RIDGEWAY TRAIL**
**FENTON, MO 63026**

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

17-JUN-2022
Date

_____ Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

*(Seal)*

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                              Date                          Notary Public

**Sheriff's Fees**

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document ID# 22-SMCC-5036 1 of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 4:22-cv-00673-WBG   Document 1-1   Filed 10/21/22   Page 18 of 34

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org  →  Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

SHERRY PHELPS                              )
                                           )
                        Plaintiff,         )
                                           )
v.                                         )        Case No. 2216-CV09707
                                           )
CEDAR BROOK APARTMENTS, LLC                )
(d/b/a CEDAR BROOKE APARTMENTS)            )        Division 4
                                           )
                        Defendant.         )

## **REQUEST FOR ALIAS SUMMONS**

To:     Clerk of the Court


        The Clerk of the Court will issue a Summons for Service of the Petition on: Personal service upon **Defendant Cedar Brook Apartments, LLC (d/b/a Cedar Brooke Apartments), Registered Agent: Paracorp Incorporated, 222 E. Dunklin, Ste. 102, Jefferson City, MO 65101.**


You are hereby instructed to effect service of the Summons as follows:


_____   a.      Service through the office of the Sheriff of Jackson County, Missouri, other than by certified mail.


__X__   b.      Service by an authorized Process Server, please send the Summons to undersigned attorney to forward to Process Server.


_____  c.      Service by First Class mail by the undersigned litigant/attorney, who understands that the responsibility for obtaining service and effecting its return shall be on the attorney.  The Receipt for service (green card) must be filed with the Clerk's office before service can be perfected.


_____  d.      Service by certified mail service by the office of the Sheriff of Jackson County, State of Missouri.  The undersigned understands that the responsibility of obtaining service and effecting its return shall be on the Sheriff.

1

_____ e.          Return to the undersigned attorney for service.

Respectfully submitted,

**DIPASQUALE MOORE, LLC**

*/s/ David L. Johnson*
DAVID L. JOHNSON          #61867
4050 Pennsylvania Ave., Suite 121
Kansas City, MO 64111
Phone: (816) 888-7501
Fax:    (816) 888-7519
E-mail: dave.johnson@dmlawusa.com
**ATTORNEY FOR PLAINTIFF**

2

| COURT: | FOR COURT USE ONLY |
|---|---|
| IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI AT KANSAS CITY | |
| PLAINTIFF/PETITIONER:<br>SHERRY PHELPS | |
| DEFENDANT/RESPONDENT:<br>CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS | |

| AFFIDAVIT OF NON-SERVICE | CASE NUMBER:<br>2216-CV09707 |
|---|---|

Court Date:     Court Time:
**CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS**

*84518*

I, **Richard Raymond**, depose and say that:

On **07/09/2022** at **4:33 PM**, I was unable to serve the within **SUMMONS IN CIVIL CASE; PETITION FOR DAMAGES; MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER AND ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER** on **CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS** at **1657 RIDGEWAY TRAIL, RA: SANDRA K LEE, Fenton, MO, 63026** for the reason(s) in the comments below:

Comments: **NON-EST**

Signed and sworn to before me on
this ___18___ day of ___July___, 20_22_

X _____
**Richard Raymond**
816-912-3070
License(s): PPS22-0209
Job#: **84518**

ID# 22-SMCC-5036

MARYBETH RICE
Notary Public - Notary Seal
STATE OF MISSOURI
St. Louis City
My Commission Expires: Mar. 31, 2023
Commission # 15634446



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>JUSTINE E DEL MURO | Case Number: 2216-CV09707 |
|---|---|
| Plaintiff/Petitioner:<br>SHERRY PHELPS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID LAWRENCE JOHNSON<br>4600 MADISON AVE., STE 1200<br>KANSAS CITY, MO 64112 |
| Defendant/Respondent:<br>CEDAR BROOK APARTMENTS, LLC<br>DBA: CEDAR BROOKE APARTMENTS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CEDAR BROOK APARTMENTS, LLC
**Alias:**
**DBA: CEDAR BROOKE APARTMENTS**

RA: PARACORP INCORPORATED
222 E DUNKLIN STE 102
JEFFERSON CITY, MO 65101

# PRIVATE PROCESS SERVER

*COURT SEAL OF*

*JACKSON COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>11-AUG-2022</u>
Date

_____
Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

*(Seal)*

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____
Date

_____
Notary Public

| **Sheriff's Fees** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $   10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCG) *For Court Use Only:* Document Id # 22-SMCC-6885    1   of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo
Case 4:22-cv-00673-WBG   Document 1-1   Filed 10/21/22   Page 23 of 34

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

6/2020

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY**

SHERRY PHELPS
      **PLAINTIFF(S),**     **CASE NO. 2216-CV09707**

VS.               **DIVISION 4**

 CEDAR BROOK APARTMENTS, LLC
      **DEFENDANT(S).**

**NOTICE OF CIVIL CASE MANAGEMENT CONFERENCE**
_____

   NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **Justine E. Del Muro – Division 4 –** on 16-DEC-2022 at 09:00 AM. All Case Management Conferences are held by Webex. Parties can join the Webex lobby using the following link: https://mocourts.webex.com/meet/justine.delmuro. Parties may appear in person.

   At the Case Management Conference:

- Attorneys designated as lead counsel shall appear for case management.
- The parties shall be prepared to advise the court of the issues remaining for trial.
- The parties will be ordered to prepare a scheduling order to avoid the late filing of dispositive motions and allow full and open discovery. The parties will be asked to discuss mediation.
- The parties shall be prepared to set the matter for trial.
- All trial dates are specially set and therefore continuances will not be freely granted.
- Failure to appear for cases management may result in dismissal of the case.

DATE: SEPTEMBER 9, 2022       **JUDGE JUSTINE E. DEL MURO**

cc:
DAVID LAWRENCE JOHNSON, 4600 MADISON AVE., STE 1200, KANSAS CITY, MO 64112

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

SHERRY PHELPS,             )
                                          )
                    **Plaintiff(s),**    )     **Case No. 2216-CV09707**
**vs.**                                       )     **Division  4**
                                          )
**CEDAR BROOK APARTMENTS, LLC,**    )
                                          )
                    **Defendant(s),**

## CASE MANAGEMENT ORDER

Plaintiff appears by David Johnson.

Defendant has not been served and does not appear.

1.  This case is reset for case management conference on December 16, 2022 in Division 4 at 9:00 a.m. by Webex.

**OTHER ORDERS/DIRECTIVES:**

Please use the link to join Webex: https://mocourts.webex.com/meet/justine.delmuro.

_____

_____

_____

_____

_____

_____09-09-2022_____        _Justine E Del Muro_____
DATE                            JUSTINE E DEL MURO, JUDGE

**Certificate of Service**

This is to certify that a copy of the foregoing was hand delivered/faxed/emailed/mailed and/or sent through the eFiling system to the following attorneys of record on 09-09-2022.

DAVID LAWRENCE JOHNSON, Attorney for Plaintiff, 4600 MADISON AVE., STE 1200, KANSAS CITY, MO 64112
-, dave.johnson@dmlawusa.com

_Lindsey Kolsch_____

Law Clerk, Division 4

Case 4:22-cv-00673-WBG  Document 1-1  Filed 10/21/22  Page 26 of 34

| COURT:<br>**IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI AT KANSAS CITY** | *FOR COURT USE ONLY* |
|---|---|
| PLAINTIFF/PETITIONER:<br>**SHERRY PHELPS** | |
| DEFENDANT/RESPONDENT:<br>**CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS** | |

| **AFFIDAVIT OF NON-SERVICE** | CASE NUMBER:<br>**2216-CV09707** |
|---|---|

Court Date:     Court Time:
**CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS**



**\*85074\***

I, **Joseph M. Powers**, depose and say that:

On **09/12/2022** at **11:11 AM**, I was unable to serve the within **SUMMONS IN CIVIL CASE; PETITION FOR DAMAGES** on **CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS** at **222 E DUNKLIN STE 102 , RA: PARACORP INCORPORATED , Jefferson City, MO, 65101** for the reason(s) in the comments below:

Comments: **NON-EST. NO ANSWER AT THE DOOR AFTER NUMEROUS ATTEMPTS.**

X_____

Signed and sworn to before me on this 12th day of September, 2022.

**Joseph M. Powers**
816-912-3070
License(s): PPS22-0207
Job#: **85074**



Abby Powers- Public Notary

ABBY POWERS
Notary Public
Commission
# 16109561
Clay
County
Notary Seal
STATE OF MISSOURI
My Commission Expires 08-08-2024

ID# 22-SMCC-6885

IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JUSTINE E DEL MURO | Case Number: 2216-CV09707 |
| Plaintiff/Petitioner:<br>SHERRY PHELPS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DAVID LAWRENCE JOHNSON<br>4600 MADISON AVE., STE 1200<br>KANSAS CITY, MO 64112 |
| Defendant/Respondent:<br>CEDAR BROOK APARTMENTS, LLC<br>DBA: CEDAR BROOKE APARTMENTS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **CEDAR BROOK APARTMENTS, LLC**
 **Alias:**
  **DBA: CEDAR BROOKE APARTMENTS**

**PRIVATE PROCESS SERVER**

RA: PARACORP INCORPORATED
222 E DUNKLIN STE 102
JEFFERSON CITY, MO 65101

*COURT SEAL OF*

*JACKSON COUNTY*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

 11-AUG-2022
  Date

  Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with
_____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

 *(Seal)*     **Must be sworn before a notary public if not served by an authorized officer:**

        Subscribed and sworn to before me on _____ (date).

        My commission expires: _____      _____
                                                          Date                                    Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY

SHERRY PHELPS )
)
              Plaintiff, )
)
v. )      Case No. 2216-CV09707
)
CEDAR BROOK APARTMENTS, LLC )
(d/b/a CEDAR BROOKE APARTMENTS) )      Division 4
)
             Defendant. )

## **<u>REQUEST FOR ALIAS SUMMONS</u>**

To:    Clerk of the Court


       The Clerk of the Court will issue a Summons for Service of the Petition on: Personal service upon **Defendant Cedar Brook Apartments, LLC (d/b/a Cedar Brooke Apartments), Leasing Office, 3100 Quail Creek Drive, Independence, MO 64055.**


You are hereby instructed to effect service of the Summons as follows:


_____   a.        Service through the office of the Sheriff of Jackson County, Missouri, other than by certified mail.


_X__  b.        Service by an authorized Process Server, please send the Summons to undersigned attorney to forward to Process Server.


_____ c.        Service by First Class mail by the undersigned litigant/attorney, who understands that the responsibility for obtaining service and effecting its return shall be on the attorney.  The Receipt for service (green card) must be filed with the Clerk's office before service can be perfected.


_____d.        Service by certified mail service by the office of the Sheriff of Jackson County, State of Missouri.  The undersigned understands that the responsibility of obtaining service and effecting its return shall be on the Sheriff.

<div align="center">1</div>

Electronically Filed - Jackson - Kansas City - September 12, 2022 - 01:04 PM

_____ e.          Return to the undersigned attorney for service.

                              Respectfully submitted,

                              **DIPASQUALE MOORE, LLC**

                              */s/ David L. Johnson*
                              DAVID L. JOHNSON      #61867
                              4050 Pennsylvania Ave., Suite 121
                              Kansas City, MO 64111
                              Phone: (816) 888-7501
                              Fax:    (816) 888-7519
                              E-mail: dave.johnson@dmlawusa.com
                              **ATTORNEY FOR PLAINTIFF**



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JUSTINE E DEL MURO | **Case Number: 2216-CV09707** |
| Plaintiff/Petitioner:<br>SHERRY PHELPS<br><br>**vs.** | Plaintiff's/Petitioner's Attorney/Address<br>DAVID LAWRENCE JOHNSON<br>4600 MADISON AVE., STE 1200<br>KANSAS CITY, MO 64112 |
| Defendant/Respondent:<br> CEDAR BROOK APARTMENTS, LLC<br> DBA: CEDAR BROOKE APARTMENTS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:** CEDAR BROOK APARTMENTS, LLC
 **Alias:**
 **DBA: CEDAR BROOKE APARTMENTS**

**PRIVATE PROCESS SERVER**

**3100 QUAIL CREEK DRIVE
INDEPENDENCE, MO 64055**

*COURT SEAL OF*

*JACKSON COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

20-SEP-2022
_____
Date                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
        Printed Name of Sheriff or Server                Signature of Sheriff or Server

*(Seal)*          **Must be sworn before a notary public if not served by an authorized officer:**

          Subscribed and sworn to before me on _____ (date).

          My commission expires: _____        _____
                                        Date                          Notary Public

| | |
|---|---|
| **Sheriff's Fees** | |
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $    10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Case 4:22-cv-00673-WBG   Document 1-1   Filed 10/21/22   Page 31 of 34

## SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.

Circuit Court of Jackson County

6/2020

Electronically Filed - Jackson - Kansas City - September 27, 2022 - 09:09 AM

| COURT:<br>IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI AT KANSAS CITY | FOR COURT USE ONLY |
|---|---|
| PLAINTIFF/PETITIONER:<br>SHERRY PHELPS | |
| DEFENDANT/RESPONDENT:<br>CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS | |

| AFFIDAVIT OF SERVICE | CASE NUMBER:<br>2216-CV09707 |
|---|---|

Court Date:     Court Time:
**CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS**



**\*85918\***

I, **Mike Martin**, depose and say that:

On **09/23/2022** at **10:19 AM**, I served the within **SUMMONS IN CIVIL CASE; PETITION FOR DAMAGES; MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER; ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER** on **CEDAR BROOK APARTMENTS, LLC DBA: CEDAR BROOKE APARTMENTS** at **3100 QUAIL CREEK DRIVE, Independence, MO, 64055** in the manner indicated below:

**CORPORATE SERVICE** By delivering a true copy of this process with a copy of the above mentioned papers (if any) to Nichole Irwin, AUTHORIZED TO ACCEPT of the above named entity and informing him/her of the contents.

Description of person process was left with:

Sex: **Female** - Skin: **White** - Hair: **Brown** - Age: **26** - Height: **5ft7in** - Weight: **170**

X_____
**Mike Martin**

Signed and sworn to before me on
this 26th day of September, 2022.



Notary Public - Joseph Michael Powers

**Mike Martin**
816-912-3070
License(s): PPS22-0176
Job#: **85918**

ID# 22-SMCC-8316

Electronically Filed - Jackson - Kansas City - September 27, 2022 - 09:09 AM



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>JUSTINE E DEL MURO | **Case Number:  2216-CV09707** |
| Plaintiff/Petitioner:<br>SHERRY PHELPS<br><div align="right">**vs.**</div> | Plaintiff's/Petitioner's Attorney/Address<br>DAVID LAWRENCE JOHNSON<br>4600 MADISON AVE., STE 1200<br>KANSAS CITY, MO  64112 |
| Defendant/Respondent:<br> CEDAR BROOK APARTMENTS, LLC<br>DBA:   CEDAR BROOKE APARTMENTS | Court Address:<br>415 E 12th<br>KANSAS CITY, MO  64106 |
| Nature of Suit:<br>CC Pers Injury-Other | |
| | <div align="right">(Date File Stamp)</div> |

## Summons in Civil Case

| | |
|---|---|
| **The State of Missouri to:  CEDAR BROOK APARTMENTS, LLC**<br>**Alias:**<br>**DBA:   CEDAR BROOKE APARTMENTS**<br><br>**3100 QUAIL CREEK DRIVE**<br>**INDEPENDENCE, MO  64055** | # PRIVATE PROCESS SERVER |

*COURT SEAL OF*

*JACKSON COUNTY*

     You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

<u>20-SEP-2022</u>
Date

_____
Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by:  (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____ a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to

_____ (name) _____(title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server                                             Signature of Sheriff or Server

*(Seal)*          **Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

My commission expires: _____          _____
                                                 Date                                                   Notary Public

---

**Sheriff's Fees**

| | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and petition must be served on **each** defendant/respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (11/2021) SM30 (JAKSMCC) For Court Use Only: Document Id # 22-SMCC-8316    1    of 1 Civil Procedure Form No. 1, Rules 54.01 – 54.05,
54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:22-cv-00673-WBG   Document 1-1   Filed 10/21/22   Page 34 of 34